

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00561-CR

William Huizar **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-03-0075-CRA
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE WATKINS, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 11, 2023.

_____
Lori I. Valenzuela, Justice